# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 3:18cr29/MCR

**CHRISTOPHER M. ARGUELLES**

_____

## FINAL ORDER OF FORFEITURE
## AS TO DEFENDANT CHRISTOPHER M. ARGUELLES

WHEREAS, on November 30, 2018, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of Title 18, United States Code, Section 2253, based upon the defendant's guilty plea to Count One of the indictment in this action, and the attached forfeiture provision thereto, of the property listed as:

**A. LG Electronics, USA, Aristo model LG MS210 cellular telephone, serial number 708CYDG745442.**

AND WHEREAS, pursuant to Rule 32(b)(2) and 32.2(b)(2) of the Federal Rules of Criminal Procedure said Preliminary Order of Forfeiture shall be made final as to defendant **CHRISTOPHER M. ARGUELLES** at the time of sentencing and shall be made part of the sentence and included in the judgment now wherefore,

1

IT IS HEREBY ORDERED:

That all of defendant **CHRISTOPHER M. ARGUELLES's** right, title and interest in the property described above is hereby forfeited to and vested in the United States of America and that said forfeiture is now final as to the defendant for all purposes.

IT IS SO ORDERED this 15th day of February 2019.

*M. Casey Rodgers*
M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE