UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.   Case Nos.:  3:18cr29/MCR/MAL
                  3:21cv417/MCR/MAL

CHRISTOPHER M. ARGUELLES
_____/

# ORDER

The magistrate judge issued a Report and Recommendation on January 17, 2023. (ECF No. 129). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation (ECF No. 129) is adopted and incorporated by reference in this order.

2. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 15th day of May 2023.


*M. Casey Rodgers*
--------------------
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**




Case Nos.: 3:18cr29/MCR/MAL; 3:21cv417/MCR/MAL